UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:  Muhammadi Umar Armour,                Case No. 11−27517−pp
                        Debtor.                Chapter  7

## NOTICE – CASE CLOSED WITHOUT A DISCHARGE

    The Court hereby notifies all creditors and interested parties that it has closed the above−captioned case without a discharge, because the debtor did not file a statement verifying that the debtor completed an instructional course concerning personal financial management, as required by the Bankruptcy Code.

Dated: September 26, 2011                **JANET L. MEDLOCK**
                                         Clerk of Court

                                         By:   Anne G.
                                               Deputy Clerk